UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

HECTOR BARRERAS,

              Defendant.
- - - - - - - - - - - - - - - x

ORIGINAL

INDICTMENT

07 Cr.

**07 CRIM. 822**

U.S. DISTRICT COURT
FILED
AUG 3 0 2007
S.D. OF N.Y.

COUNT ONE

The Grand Jury charges:

1. On or about July 23, 2007, in the Southern District of New York, HECTOR BARRERAS, the defendant, unlawfully, intentionally and knowingly did distribute and possess with intent to distribute a schedule II controlled substance, to wit, approximately 5 kilograms and more of mixtures and substances containing a detectable amount of cocaine.

(Title 21, United States Code, Sections 812, 841(a)(1) and (b)(1)(A).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney