LAWRENCE M. FISHER
ATTORNEY AT LAW
350 BROADWAY
10TH FLOOR
NEW YORK, N.Y. 10013

**MEMO ENDORSED**

(212) 226-5700
FAX (212) 226-3224

May 30, 2008

The Honorable Steven R. Robinson
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

<u>*VIA FAX 914-390-4179*</u>      Re:   <u>**United States v. Hector Barreras**</u>
                                                              07 Cr. 822 (SCR)

Dear Judge Robinson:

       On February 28, 2008, the Court held a hearing on defendant's suppression motion. At that time the Court ordered the government to turn over to the defense "any additional video from the scenes that we've had excerpts here today of"(Tr. At 79). To date, nothing additional has been turned over.

       Yesterday, I had a phone conversation with AUSA McQuaid in which he indicated that he is in possession of 4 CD's of additional video surveillance which he intends to mail to me right away. Depending upon the content of the video, there is a chance that the defense may make a motion to reconsider. Therefore, I write to request an extension of time in order that I may receive and view same and properly consider such a motion. As your Honor's decision denying the defendant's motion to suppress is dated April 30, 2008, today is the deadline to file a motion to reconsider. Accordingly, I respectfully request that the Court extend the time to possibly file a motion to reconsider.

Respectfully,

LAWRENCE M. FISHER, ESQ.

Cc: AUSA Nicholas McQuaid

*Defendant has until 6/30/08 to seek leave to file motion to reconsider.*

SO ORDERED

STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE   6/2/08