LAWRENCE M. FISHER
ATTORNEY AT LAW
350 BROADWAY
10TH FLOOR
NEW YORK, N.Y. 10013

(212) 226-5700
FAX (212) 226-3224



July 29, 2008

The Honorable Steven R. Robinson
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

MEMO ENDORSED

<u>*VIA FAX 914-390-4179*</u>

Re:   <u>United States v. Hector Barreras</u>
       07 Cr. 822 (SCR)

Dear Judge Robinson:

   The above-captioned case is currently scheduled for July 30, 2008 at 2:30p.m. On the last Court date your Honor informed that you would grant an adjournment if defendant needed more time to review the video surveillance materials in this case. Defendant now requests an adjournment for that purpose.

   After consulting with your case manager, Mr. Skulnick, I write to respectfully request that the above-captioned case be adjourned until September 4, 2008 at 10:30a.m. Defendant consents to the exclusion of time.

Respectfully,

LAWRENCE M. FISHER, ESQ.

Cc: AUSA Nicholas McQuaid

*Time from July 30, 2008 to September 4, 2008 is excluded from the speedy Trial Act calculation for the reasons set forth above and in the interests of justice.*

SO ORDERED

STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
7/29/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE: _____