UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                ORDER

 - against -

                IND. No. 07 CR. 822(SCR)

HECTOR BARRERAS,
       Defendant.

WHEREAS the above-captioned defendant is scheduled for conference before this Court on September 4, 2008, and

WHEREAS said defendant is presently in the custody of the Federal Bureau of Prisons and incarcerated at the Westchester County Jail in Valhalla, N.Y., and

Upon the application of said defendant to be permitted and allowed to have a hard drive and CD's containing discovery left for him at the jail and permitting his attorney Lawrence Fisher to visit him up until 8p.m., it is hereby

ORDERED that the Westchester County Jail permit Hector Barreras to have a hard drive and CD's containing discovery left for him at the jail and that his attorney Lawrence Fisher is permitted to visit Hector Barreras up until 8p.m., until further order of this Court.

The above constitutes the ORDER of the Court.

SO ORDERED,

DATED: August 19, 2008

*[Handwritten annotation:]* The Defendant's Attorney, Mr. Fisher may bring a laptop computer into the prison to allow Mr. Barreras an opportunity to review the Hard Drive provided by the Government as discovery.

HON. STEPHEN C. ROBINSON
U.S. DISTRICT COURT JUDGE
8/20/2008