UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

United States of America

                        ORDER ACCEPTING PLEA ALLOCUTION

                        07 Cr. 822 (SCR)

v.

Hector Barreras,
_____

ROBINSON, J.

    The Court has reviewed the transcript of the plea allocation in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable George A. Yanthis, United States Magistrate Judge, dated February 19, 2010, is approved and accepted.

    The Clerk of the court is directed to enter the plea.

Date: _February 22, 2010_

                                    SO ORDERED:

                                    STEPHEN C. ROBINSON
                                    UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____