| | |
|---|---|
| Probation Form No. 35<br>(1/92) | Report and Order Terminating Probation /<br>Supervised Release<br>Prior to Original Expiration Date |

## UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.   Docket No. 0208 7:07CR00822 (ALC)

Hector Luis Barreras

On April 08, 2016, the above named was placed on Supervised Release for a period of eight (8) years. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Hector Luis Barreras be discharged from Supervised Release.

Respectfully submitted,

by   *Robert L. Walsh*
Robert L. Walsh
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this  14th  day of  October , 20 20 .

*Andrew␣␣Carter*
Honorable Andrew L. Carter Junior
U.S. District Judge